No. 74–284. DISTRICT OF COLUMBIA *v.* WALTERS ET AL. Appeal from Ct. App. D. C. dismissed for want of properly presented federal question. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 74–478. GARIS *v.* COMPANIA MARITIMA SAN BASILIO, S. A., ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5376. GARGALLO *v.* GARGALLO. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–5403. MARTINOLICH *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–499. FITZGERALD ET AL. *v.* DiGRAZIA ET AL. Appeal from D. C. E. D. Mo. Judgment vacated and case remanded for entry of a fresh judgment or decree from which a timely appeal may be taken to the United States Court of Appeals. *Gonzalez* v. *Automatic Employees Credit Union, ante,* p. 90.